IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10752 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 512 & 580 |

NOTICE OF (A) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND
MODIFIED JOINT CHAPTER 11 PLAN OF REORGANIZATION;
(B) EFFECTIVE DATE THEREOF; AND (C) CERTAIN DEADLINES

TO CREDITORS, EQUITY INTEREST HOLDERS, AND PARTIES IN INTEREST PLEASE TAKE NOTICE THAT:

1. **Confirmation of the Plan.** On June 24, 2014, the Honorable Brendan L. Shannon, United States Bankruptcy Judge, entered the *Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Modified Joint Chapter 11 Plan of Reorganization*, dated June 24, 2014 [Docket No. 580] (the "Confirmation Order"), the *Debtors' Second Modified Joint Chapter 11 Plan of Reorganization* dated June 13, 2014 [Docket No. 512] (the "Plan")[2] was confirmed by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. **Effective Date of the Plan.** All conditions precedent to occurrence of the Effective Date of the Plan have been satisfied or waived. The Effective Date of the Plan occurred on July 7, 2014.

3. **Copies of the Plan and the Confirmation Order.** Copies of the Confirmation Order, the Plan, and related documents, are available free of charge at http://kccllc.net/Brookstone, or for a fee at the Bankruptcy Court's website at www.deb.uscourts.gov. The Confirmation Order, Plan and related documents also are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

4. **Second Administrative Expense Bar Date.** Pursuant to paragraph 138 of the Confirmation Order, the deadline for filing proofs of claim or requests for payment of Administrative Expense Claims arising after June 1, 2014 (the "Second Administrative Expense

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Gardeners Eden, Inc. (7793), Brookstone Military Sales, Inc. (2029), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515); and, Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

[2] Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and Confirmation Order.

Requests") is **August 21, 2014, at 4:00 p.m. (Pacific Time)**. All Second Administrative Expense Requests should be sent to the following address:

> Brookstone Claims Processing Center
> c/o Kurtzman Carson Consultants LLC
> 2335 Alaska Avenue
> El Segundo, CA 90245

Second Administrative Expense Requests will be deemed timely filed only if **actually received** by Kurtzman Carson Consultants LLC on or before **August 21, 2014, at 4:00 p.m. (Eastern Time)** (the "Second Administrative Expense Bar Date"). Second Administrative Requests may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

**If you are required to file a Second Administrative Expense Request pursuant to paragraph 138 of the Confirmation Order and fail to do so by the Second Administrative Claims Bar Date, you will be forever barred, estopped, and enjoined from asserting such Second Administrative Expense Claim (and from filing a Second Administrative Expense Request with respect to such Second Administrative Expense Claim.**

5. **Professional Claims Bar Date.** Pursuant to paragraph 139 of the Confirmation Order, any Entity seeking an award by the Bankruptcy Court of compensation or reimbursement of expenses in accordance with sections 328, 330 or 331 of the Bankruptcy Code or entitled to priorities established pursuant to sections 503(b)(2), 503(b)(3), 503(b)(4) or 503(b)(5) of the Bankruptcy Code shall (1) file with the Clerk of the Bankruptcy Court on or prior to **August 6, 2014, at 4:00 p.m. (Eastern Time)** (the "Professional Claims Bar Date"), an application, including, without limitation, a final fee application, for such award of compensation or reimbursement (2) serve a copy thereof, together with exhibits and schedules related thereto, upon (a) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Kerri K. Mumford, Esq. and Kimberly A. Brown, Esq., (b) K&L Gates LLP, One Lincoln Street, Boston, MA 02111, Attn: Mackenzie L. Shea, Esq., and (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801, and (3) comply with the applicable requirements for such claim.

6. **Contract/Lease Rejection Damages Bar Date**. Pursuant to Article VI of the Plan and paragraph 113 of the Confirmation Order, if the rejection of an executory contract or unexpired lease by the Debtors or pursuant to the Plan or Confirmation Order results in damages to the other party or parties to such contract or lease, any claim for such damages, if not heretofore evidenced by a filed proof of claim, shall be forever barred and shall not be enforceable against the Debtors, or their properties or agents, successors, or assigns, unless a proof of claim with respect thereto is **actually received** by Kurtzman Carson Consultants LLC at the address listed above on or before **August 6, 2014, at 4:00 p.m. (Eastern Time)** (the "Rejection Damages Bar Date").

7. **Procedures for Changing an Address of Record.** The Reorganized Debtors' obligation to make distributions to Holders of Allowed Claims are subject to Article VII of the Plan, and other applicable sections of the Plan. Any notice of a change of address of record shall be sent

to: The Brookstone Distribution Trustee, Craig R. Jalbert, Vedolino & Lowey P.C., 124 Washington Street, Suite 101, Foxborough, Massachusetts 02035.

**8. Binding Nature of Plan.** The Plan and its provisions are binding on the Debtors and any holder of a Claim against, or Interest in, the Debtors, and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is impaired by the Plan and whether or not such holder voted to accept the Plan.

Dated: July 8, 2014
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Kerri Mumford_
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mumford@lrclaw.com
      brown@lrclaw.com

and

**K&L GATES LLP**
Charles A. Dale III
Mackenzie L. Shea
One Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
Email: chad.dale@klgates.com
      mackenzie.shea@klgates.com

*Counsel to the Debtors and*
*Debtors-In-Possession*